Electronically Filed
Intermediate Court of Appeals
CAAP-15-0000073
19-JUN-2015
08:53 AM

NO. CAAP-15-0000073

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


IN THE MATTER OF MAUI PAVING, LLC,
Appellant-Appellant,
v.
MAUI MASTER BUILDERS, INC. and SHERYL LEE A. NAGATA,
Appellees-Appellees
**(CIVIL NO. 14-1-0722(2))**

DEPARTMENT OF PUBLIC WORKS, COUNTY OF MAUI,
Appellant-Appellee,
v.
MAUI MASTER BUILDERS, INC.,
Appellee-Appellee
**(CIVIL NO. 14-1-0724(2))**

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT


ORDER APPROVING THE JUNE 12, 2015
STIPULATION FOR VOLUNTARY DISMISSAL
(By: Foley, Presiding Judge, Reifurth and Ginoza, JJ.)

Upon consideration of the Stipulation for Voluntary Dismissal, filed June 12, 2015, by Appellant-Appellant Maui Paving, LLC, the papers in support, and the record, it appears that (1) the stipulation is dated and signed by counsel for all parties appearing in the appeal; (2) the parties seek to dismiss

the appeal with prejudice, pursuant to Hawai'i Rules of Appellate Procedure Rule 42(b); (3) the appeal was docketed April 13, 2015; and (4) the parties agree to bear their own costs and attorneys' fees.

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved and the appeal is dismissed with prejudice. The parties shall bear their own costs and attorneys' fees.

DATED: Honolulu, Hawai'i, June 19, 2015.

Presiding Judge

Associate Judge

Associate Judge